IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

ANGELA RAMSEY-LEWIS, )
)
      Plaintiff, )
)
vs. ) No. CIV-15-1349-W
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
      Defendant. )

## ORDER

On August 25, 2016, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this case and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), denying the Application for Disability Insurance Benefits filed by plaintiff Angela Ramsey-Lewis be affirmed. Although Ramsey-Lewis was advised of her right to file written objections to the Report and Recommendation, see Doc. 17 at 9, and of the consequences of her failure to do so, see id., no objections have been filed within the allotted time.

Upon review, the Court concurs with Magistrate Judge Purcell's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, because no error has occurred that warrants either the reversal or remand requested by Ramsey-Lewis in her complaint, see Doc. 1 at 4, the Court

(1) ADOPTS the Report and Recommendation [Doc. 17] issued on August 25, 2016;

(2) AFFIRMS the Commissioner's decision to deny Ramsey-Lewis' Application for Disability Insurance Benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this __16th__ day of September, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE